1  Krystal M. Marshall
   Milton J. Davison
2  935 N. Beech St.
   Wichita, KS 67206
3

4  KRYSTAL M. MARSHALL,
   MILTON J. DAVISON,
5  IN PRO PER

6

7

8

9

10

11 MARSHALL, et. al.

12                    Plaintiff,

13       vs.

14 BURNLEY, et. al.

15                    Defendant,

16

17

18

19

**FILED**
U.S. District Court
District of Kansas

NOV 0 1 2017

Clerk, U.S. District Court
By [signature]

**MOTION TO ENJOIN MORE
DEFENDANTS**

17 - CV - 1090

## **MOTION TO ENJOIN**

20 Plaintiff's states a motion to enjoin more Defendants under FCR (12)(b)(7)

21 Thomas Arthur Clark at 55 Washington St. Concord, New Hampshire 03301; secondary address 9

22 Boanza Drive, Penacook, NH 03303.

23

24 Plaintiffs also enjoin WHB Concert and Production Services, Inc. 771 Gilford Ave., Gilford, NH

25 03249 see attached hidden derivative New England Audio Tech (and Rainbow) and Music Hall

26 Group.

27

28

ENJOIN DEFENDANTS

further lying in her pleadings in her court. (See attached). Plaintiffs state Cotillion owner appears to have specifically targeted the phone number of Plaintiff KMM for stealing personal information without a court order from her website. (See attached).

Plaintiffs attach the following Subpoena for articles of discovery for the listed employees by Cotillion Ballroom.

Plaintiffs state in the instance (D) Rainbow moving to dismiss we disagree on motion to dismiss. Attorney Case failed to provide all information on New England Audio Tech d/b/a/ Rainbow Productions Inc. See attached evidence from the New Hampshire Secretary of State.

Date: October 31, 2017

KRYSTAL M. MARSHALL
IN PRO PER

MILTON J. DAVISON
IN PRO PER

2

## Search Business Names

 Back to Home (/online)

### Search Result

| Business Name | Business ID | Homestate Name | Previous Name | Business Type | Principal Office Address | Registered Agent Name | Status |
|---|---|---|---|---|---|---|---|
| NEW ENGLAND AUDIO TECH (/online/BusinessInquire/BusinessInformation? businessID=35051) | 117913 | | | Trade Name | 260 STAGE ROAD, HAMPSTEAD, NH, 03841, USA | N/A | Expired |
| New England Audio Tech (/online/BusinessInquire/BusinessInformation? businessID=344353) | 534813 | | | Trade Name | 11 Industrial Way, Atkinson, NH, 03811, USA | N/A | Expired |
| New England Audio Tech LLC (/online/BusinessInquire/BusinessInformation? businessID=346419) | 531741 | New England Audio Tech LLC | New England Audio Technologies LLC | Foreign Limited Liability Company | 11 Industrial Way, Atkinson, NH, 03811, USA | Lawyers Incorporating Service | Good Standing |
| WHB CONCERT AND PRODUCTION SERVICES, LLC (/online/BusinessInquire/BusinessInformation? businessID=12313) | 337010 | | NEW ENGLAND AUDIO TECH, LLC | Domestic Limited Liability Company | 771 Gilford Avenue, Gilford, NH, 03249, USA | Blaine, William H | Good Standing |

Page 1 of 1, records 1 to 4 of 4

Back

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301
Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)
© 2014 PCC Technology Group, LLC, All Rights Reserved.

## Business Name Search

### Business Details

| | |
|---|---|
| Business Name: MUSIC HALL MANAGEMENT GROUP | Business ID: 63 |
| Business Type: Trade Name | Business Status: Ex |
| Expiration Date: 11/16/2015 | Last Renewal Date: Nc |
| Business Creation Date: 11/16/2010 | |
| Principal Business Office Address: 260 Stage Road, Hampstead, NH, 03841, USA | Mailing Address: PC |

### Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / Management of entertainment venues | |

Page 1 of 1, records 1 to 1 of 1

### Trade Name Information

| Business Name | Business ID | Busin |
|---|---|---|

### Trade Name Owned By

| Name | Title | Addre |
|---|---|---|
| WHB CONCERT AND PRODUCTION SERVICES, LLC (337010) | Business | Good |

Back (https://quickstart.sos.nh.gov/online/BusinessInquire/BusinessInformation?businessID=12313)     Filing History     Address History     View All Other Addresses

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301  Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)
© 2014 PCC Technology Group, LLC, All Rights Reserved.

**Business Name Search**

Business Details

| | |
|---|---|
| Business Name: MUSIC HALL MANAGEMENT GROUP | Business ID: 63 |
| Business Type: Trade Name | Business Status: Ex |
| Expiration Date: 11/16/2015 | Last Renewal Date: Nc |
| Business Creation Date: 11/16/2010 | |
| Principal Business Office Address: 260 Stage Road, Hampstead, NH, 03841, USA | Mailing Address: PC |

Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / Management of entertainment venues | |

Page 1 of 1, records 1 to 1 of 1

Trade Name Information

| Business Name | Business ID | Busine |
|---|---|---|

Trade Name Owned By

| Name | Title | Addre |
|---|---|---|
| WHB CONCERT AND PRODUCTION SERVICES, LLC (337010) | Business | Good |

Back (https://quickstart.sos.nh.gov/online/BusinessInquire/BusinessInformation?businessID=12313)   Filing History   Address History   View All Other Addresses

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301  Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)

© 2014 PCC Technology Group, LLC, All Rights Reserved.

# Business Information

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | RAINBOW PRODUCTION SERVICES | Business ID: | 534806 |
| Business Type: | Trade Name | Business Status: | Expired |
| Expiration Date: | 3/24/2015 | Last Renewal Date: | Not Available |
| Business Creation Date: | 03/24/2005 | Name in State of Formation: | Not Available |
| Date of Formation in Jurisdiction: | 03/24/2005 | | |
| Principal Office Address: | 11 Industrial Way, Atkinson, NH, 03811, USA | Mailing Address: | NONE |
| Business Email: | NONE | Phone #: | NONE |
| Notification Email: | NONE | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / operation of a concert/event sound and lighting company and any other business permitted by applicable law. | |

Page 1 of 1, records 1 to 1 of 1

## Trade Name Information

| Business Name | Business ID | Business Status |
|---|---|---|

## Trade Name Owned By

| Name | Title | Address |
|---|---|---|
| New England Audio Tech LLC (/online/BusinessInquire/TradeNameInformation?businessID=346419) | Business | Good Standing |

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| | | No records to view. | |

Filing History        Address History        View All Other Addresses

Businesses Linked to Registered Agent        Return to Search        Back

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301  Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)

© 2014 PCC Technology Group, LLC, All Rights Reserved.

# Business Information

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | WHB CONCERT AND PRODUCTION SERVICES, LLC | Business ID: 337010 | |
| Business Type: | Domestic Limited Liability Company | Business Status: Good Standing | |
| Management Style: | Manager Managed | | |
| Business Creation Date: | 02/01/2000 | Name in State of Formation: | Not Available |
| Date of Formation in Jurisdiction: | 02/01/2000 | | |
| Principal Office Address: | 771 Gilford Avenue, Gilford, NH, 03249, USA | Mailing Address: | 771 Gilford Avenue, Gilford, NH, 03249, USA |
| Citizenship / State of Formation: | Domestic/New Hampshire | | |
| | | Last Annual Report Year: | 2017 |
| | | Next Report Year: | 2018 |
| Duration: | Perpetual | | |
| Business Email: | ellemulligan@metrocast.net | Phone #: | NONE |
| Notification Email: | NONE | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / OPERATE A CONCERT & EVENT SOUND & LIGHTING COMPANY | |

Page 1 of 1, records 1 to 1 of 1

## Registered Agent Information

|  |  |
|---|---|
| Name: | Blaine, William H |
| Registered Office Address: | 771 Gilford Avenue, Gilford, NH, 03249, USA |
| Registered Mailing Address: | Not Available |

## Trade Name Information

| Business Name | Business ID | Business Status |
|---|---|---|
| Music Hall Management Group (/online/BusinessInquire/TradeNameInformation? businessID=463731) | 638868 | Expired |

## Trade Name Owned By

| Name | Title | Address |
|---|---|---|

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| No records to view. | | | |

| Filing History | Address History | View All Other Addresses | Name History |
|---|---|---|---|
| Shares | Businesses Linked to Registered Agent | Return to Search | Back |

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301 Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)

© 2014 PCC Technology Group, LLC, All Rights Reserved.

# Business Information

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | RAINBOW PRODUCTION SERVICES | Business ID: | 534806 |
| Business Type: | Trade Name | Business Status: | Expired |
| Expiration Date: | 3/24/2015 | Last Renewal Date: | Not Available |
| Business Creation Date: | 03/24/2005 | Name in State of Formation: | Not Available |
| Date of Formation in Jurisdiction: | 03/24/2005 | | |
| Principal Office Address: | 11 Industrial Way, Atkinson, NH, 03811, USA | Mailing Address: | NONE |
| Business Email: | NONE | Phone #: | NONE |
| Notification Email: | NONE | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / operation of a concert/event sound and lighting company and any other business permitted by applicable law. | |

**Page 1 of 1, records 1 to 1 of 1**

## Trade Name Information

| Business Name | Business ID | Business Status |
|---|---|---|

## Trade Name Owned By

| Name | Title | Address |
|---|---|---|
| New England Audio Tech LLC (/online/BusinessInquire/TradeNameInformation? businessID=346419) | Business | Good Standing |

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| | | No records to view. | |

Filing History        Address History        View All Other Addresses

Businesses Linked to Registered Agent        Return to Search        Back

NH Department of State, Corporation Division, State House Annex, 3rd Floor Room 317, 25 Capitol St, Concord, NH 03301  Email: corporate@sos.nh.gov (mailto:corporate%40sos.nh.gov)

© 2014 PCC Technology Group, LLC, All Rights Reserved.