Milton J. Davison
Krystal M. Marshall
935 N. Beech St.
Wichita, KS 67201

**FILED**
U.S. District Court
District of Kansas

NOV 1 4 2017


Clerk, U.S. District Court
By _____ Deputy Clerk

MILTON J. DAVISON, KRYSTAL M. MARSHALL, IN PERSONAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NAME OF PLAINTIFF(S) | ) Case No.: |
| Milton J. Davison, Krystal M. Marshall | ) **ADDENDUM TO COMPLAINT WITH MOTION TO ENJOIN TWO MORE DEFENDANTS** |
| Plaintiff(s), | ) |
| vs. | ) |
| NAME OF DEFENDANT(S), | ) |
| Burnley, et. Al. | ) |
| Defendant(s). | ) |

## ADDENDUM TO COMPLAINT

Plaintiffs state addendum to addition of the original complaint clarification on involvement of Defendant England Audio Tech, Rainbow Production Services. Plaintiff states the co-owner Hollis "Jib" Clark Jr. is a relative to Thomas A. Clark (see attached) (A1). Thomas A. Clark is the biological father of Plaintiff's daughter Aradia L. Marshall (see attached) (A2) Thomas Clark owes Plaintiffs over 10,800$ in child support payments and has openly declared he will not pay one



① Addendum

penny of child support. In addition, Thomas Clark also failed to report all his income with assistance from relatives, and other government agencies indicating child support fraud in apportioned amount. Plaintiffs have every intent of filing a lien directly on all property until such debt by the Clarks is paid in full. (See attached A3)

Plaintiffs also state certain Defendants assisted the Clarks in child support fraud by paying him under the table on several occasions; and paying off a producer to drug and rape for a week in 2001 down in Hampton Beach and then using such information illegally to harass and terrorize Plaintiff Marshall even after she reported incident to the police department. Clark also hired the Taylor family to terrorize Milton J. Davison by abusing EPA status to steal his property without a court hearing. (see attached A4)

In addition, it has come to the attention of the Plaintiffs that Dawn Taylor-Nilram "sister" Susan Frazier and (also Karen Frazier is court clerk in New Hampshire) appears to be is an in-law to Salvatore "Sully" Erna Jr.; a member the collective band known as "Godsmack" whom has toured with Breaking Benjamin. Also Clarks related to Michael A. DeRose whom Plaintiff filed Human Rights complaint; Roxanne Juliano mother of Benton Juliano was investigator. (see attached A5) Furthermore, it also appears Lance E. Shuman is an employee of Cotillion Ballroom a personal direct friend of Catherine Leslie (see attached) indicating the acts imposed on Plaintiffs was coordinated and deliberate preplanned acts. Plaintiffs seek to enjoin Lance E. Shuman, Hollis Clark Jr., Salvatore Erna Jr. as Defendants in this case.

11/17/17 _____ Date

_____
MILTON J DAVISON AND
KRYSTAL M. MARSHALL
PLAINTIFFS



Home (index.html)   About Us (about.html)
Contact Us (contact.html)   Archives (archives.html)





## Our History

CEO C. Michael Martell brought the new Rainbow together along with VP for Regional Business Jib Clark and VP of Touring Scott Tkachuk by purchasing three production companies: NEAT systems from New Hampshire, Key Lighting from New York and Rainbow Sound from Massachusetts. Rainbow Sound had a 30-year history in the industry, and as a nationwide company, Rainbow Productions is proud to carry on the heritage of the Rainbow name today.

Our VP for Regional Business Jib Clark works with all of our long-trusted partners and clients to guarentee a sucessful event. He can be counted on to proudly represent the values that RPS represents.

## We Have the Experience



Our V.P. of Touring Scott Tkachuk is leading our team in developing a set of best practices to ensure that every tour shows our commitment to client satisfaction and superior quality.

Our CFO Thomas Hejnicki is ensuring the future of RPS by ensuring the most effective and responsible use of RPS resources.

**Contact Us:** (603) 898-6328 | info@rps.us.com



# State of New Hampshire

### CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF BIRTH

1999007995

| | |
|---|---|
| FULL NAME | ARADIA LILY MAE MARSHALL |
| DATE OF BIRTH | AUGUST 04, 1999 |
| TIME OF BIRTH | 07:48 AM |
| SEX | FEMALE |
| BIRTHPLACE | CONCORD HOSPITAL |
| CITY/TOWN | CONCORD |
| FATHER/PARENT'S NAME | THOMAS AARON CLARK |
| DATE OF BIRTH | NOVEMBER 27, 1973 |
| FATHER/PARENT'S BIRTHPLACE | NEW HAMPSHIRE |
| MOTHER/PARENT'S NAME | KRISTAL FAE MARSHALL |
| MAIDEN | MARSHALL |
| DATE OF BIRTH | JANUARY 10, 1977 |
| MOTHER/PARENT'S BIRTHPLACE | FLORIDA |
| DATE RECORD FILED | AUGUST 10, 1999 |
| MARGINAL NOTES | |

1346924

I HEREBY CERTIFY THAT THIS IS A TRUE ABSTRACT ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE.

ATTEST: *Janice Bonenfant*    STATE/LOCAL REGISTRAR    *William R. Bolton, Jr.*
State Registrar

DATE ISSUED: June 16, 2008    STATE CITY/TOWN OF: CONCORD

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

VS-SP1




# The Laconia Daily Sun

News • Local News • Juliano trial, Day 1



# JULIANO TRIAL, DAY 1

November 29, -0001   Written by Michael Kitch   Published in Local News



G+ G+ Share

Hits: 610

Print

Email

"Obsession, jealousy, revenge, gasoline and rags," began Assistant County Attorney Wayne Coull, as the trial of Kenton Juliano, 25, on charges of arson and attempted arson opened yesterday in Belknap County Superior Court. Coull's opening statement, delivered as a PowerPoint presentation, pictured Juliano as a man who, when his initial advances were spurned, became obsessed and jealous, determined to exact revenge on Lyndsey Vanderhoef and her boyfriend, Tom Emery. Sometime after ...

"Obsession, jealousy, revenge, gasoline and rags," began Assistant County Attorney Wayne Coull, as the trial of Kenton Juliano, 25, on charges of arson and attempted arson opened yesterday in Belknap County Superior Court. Coull's opening statement, delivered as a PowerPoint presentation, pictured Juliano as a man who, when his initial advances were spurned, became obsessed and jealous, determined to exact revenge on Lyndsey Vanderhoef and her boyfriend, Tom Emery. Sometime after midnight on March 23, after the pair had returned to the Emery residence at 58 Belknap Street, Coull told the jury that Juliano, carrying gasoline and rags, went to the address where he set fire to one car and tried to light two others, all parked in the driveway near the house. The Emerys, their son and his girlfriend woke to "shock, distress and fear," he continued, to find a Toyota RAV4 ablaze near the front

door. They escaped through the back door, afraid that the fire would spread to the house. The police arrived at 1:30 a.m. and the Fire Department two minutes later. The fire, which destroyed RAV4, was quickly extinguished with only superficial damage to the home. Police and firefighters found rags, soaked with gasoline, trailing from the fuel caps of a Volkswagen Fox and Ford Escort parked behind the charred RAV4, along with one latex glove. "It was an obvious arson," Coull said. "Tom and Lyndsey knew right away who did it." He told the court that police were unable to find Juliano at home in the early morning hours after the fire. But, at 9 a.m. as Detectives Kevin Butler and Bill Clary approached the door to his apartment, they heard a man's voice say "no arsonist ever goes back so I didn't." The door opened and the detectives found Juliano with two other men. He refused to account for his whereabouts. Coull said that later that same day, Tom Clark, who will testify for the prosecution, told police that he picked up Juliano around 11 p.m. the night before. Clark said Juliano spoke of burning down a girl's house and, after asking him to stop the car, returned with a gas can. Likewise, Coull told jurors that Mildred Perry, an amateur tattoo artist, also informed the police that Juliano boasted of setting the fires and, more important, said that one glove was left at scene. "Only someone who was there could know about the glove," Coull explained. adding that since police had not revealed the discovery of the glove, "Perry could only have gotten it from Juliano." For the defense, attorney Albert Hansen of Moultonborough said there was no eye witness or forensic evidence linking Juliano to the fires. He suggested that the statements of Clark and Perry, as well as a third witness Richard Nolan, who directed police to the clothes Juliano wore the night of the fire, were suspect. He described Vanderhoef and Juliano as "estranged," dismissing alleged threats made against her before the fire as evidence of his guilt as "bald speculation." Why, Hansen asked, did Clark not go to the police right away, after dropping Juliano off on Messer Street, instead of waiting until the next afternoon? He implied that Clark was less interested in justice than hopeful of a reward. Hansen conceded that Nolan pointed police to clothing, but said that the clothes that were found did not match those Juliano was wearing the night of the fire. He noted that Officer Chris Noyes saw Juliano on Union Avenue, near the Taylor Home, around 11 p.m. — more than two hours before the fire — wearing tan cargo pants, not the camouflage cargo pants found by police. The clothing, Hansen said, bore no traces of accelerants, gasoline in particular. Earlier Coull said that because of the volatility of gasoline, it was not unusual that tests on the clothing found nothing, an explanation Hansen rejected as "inconsistent with common sense." Turning to Clark's allegations that Juliano threatened to set fire to a

girl's house and Perry's statement that he bragged about lighting the fires, Hansen said that "even if it's true that my client made these admissions about this incident, people make comments to sound tough, to gain street respect," suggesting that "as a result of a reputation for doing things like this, his standing may be higher." Butler testified to the circumstances that led to the investigation and arrest of Juliano in connection with the fires, stressing that he was immediately named as a suspect in the case. He said that only after interviewing Juliano on the morning of March 24, just hours after the fires, did Clark and Perry come forward with their information, which led police to seek a warrant for his arrest. Ultimately Perry provided the information that enabled police to arrest Juliano on April 6 at Nolan's residence on Gilford Avenue, where the clothing was recovered. Deputy Fire Chief Charles Roffo testified that the extent of the fire was contained because flames melted the sunroof of the RAV4, enabling the heat to escape upward, away from the house, and because firefighters arrived on the scene so promptly. Otherwise, he said that the radiant heat from the fire in the RAV4 could have ignited fire in the home. The trial continues today.

PREV                                                                              NEXT

Search ...

### What Do You Think?

**Do you think cooperation between the US and Russian could lead to a more swift defeat of ISIS?**

○ Yes

○ No

○ I'm not sure

NEXT



# Waste Site Cleanup & Reuse in New England

Serving Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont & 9 Tribal Nations



EPA Home > EPA Home > Cleanup > Find NE Sites > DAVISON PROPERTY

EPA Home
A-Z Index
Cleanup Home

Superfund Home
Brownfields Home
Corrective Action Home
Find New England Sites

Table of Contents:
Go to....

Advanced Search

**Site Type:** Short Term/Removal (SHORT) ?

## DAVISON PROPERTY
## Hillsborough, New Hampshire
Hillsborough County

| | |
|---|---|
| *Street Address:* | 471 Second New Hampshire Turnpike Route 31 |
| *Zip Code:* | 03244 |
| *Congressional District(s):* | 02 |
| *EPA ID #:* | NHN000106004 |
| *Site ID #:* | |
| *Site Alias:* | |

## Description
[Back to Top]

The Davison Property Site (the Site) is located at 471 Second New Hampshire (NH) Turnpike (Route 31) in Hillsborough, Hillsborough County, NH. The Site is bordered by Second NH Turnpike to the south, wooded areas to the north, and residential properties to the east and west.

The approximately one acre property consists of a colonial style (circa 1800) house, two storage sheds, remnants of a third shed, a partial cinderblock wall building, a former chicken coop, a trailer camper, and numerous piles of broken household and commercial electronics equipment (computer components, TVs, stereos, etc.), metal and wood debris, and 55-gallon steel and polyethylene (poly) drum and 5-gallon poly containers. There is a short section of wooden stockade fence located along the Second NH Turnpike between the on-site residence and trailer. Access by vehicle is limited. However, pedestrian access to the property is unrestricted.

A drinking water supply well is located on the southeast side of the residence. However, the well is currently disconnected from the house. Residential private drinking water wells surround the Site. According to the Hillsborough Code Enforcement Officer (HCEO), the house is not habitable due to lack of drinking water and

functional septic system. It recently was condemned due to lack of structural integrity.

Groundwater classification for the area is GB, which includes all groundwater areas not assigned to a higher level of protection and where no active management is being conducted.

An intermittent stream flows through the property from west to east and discharges to an unnamed stream which flows south and discharges to the Contoocook River – North Branch downstream of Franklin Pierce Lake/Jackman Reservoir. Areas of reddish sediments were observed in the intermittent stream, in the vicinity of the electronics components and debris piles.

There is an estimated total of 130 people reside within 0.25 mile of the Site. According to the EPA Region 1 Environmental Justice Mapping Tool, the Site is not in an environmental justice area.

At the request of New Hampshire Department of Environmental Services, from June to September 2010, EPA and Weston Solution, Inc. Superfund Technical Assessment and Response Team (START) conducted a Preliminary Assessment/Site Investigation (PA/SI) and observed the following:

• Numerous piles of broken household and commercial electronics equipment including computers, televisions, stereos, and other household appliances such as refrigerators; and,
• Approximately 28 55-gallon, 60 5-gallon, and 50 1-gallon or less containers; some of which are coated with residual of or partially filled with products such as paints, primers, cements, solvents, cleaners, gasoline, waste oil, motor and hydraulic oil, etc.

Hazardous substances detected during the PA/SI sampling include arsenic, lead, antimony, zinc, mercury, DEHP, and polycyclic aromatic hydrocarbons (PAHs) compounds such as benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene and indeno (1,2,3-cd)pyrene.

As a result, the OSC recommended a time-critical removal action be conducted.

On December 16, 2010, an Action Memorandum was signed by the acting office director of the Office of Site Remediation and Restoration authorizing a removal action with the extramural removal project ceiling of $450,000.

## Current Status
[Back to Top]

## Photos
[Back to Top]

## Links to Other Information
[Back to Top]

Disclaimer    Instructions about PDF

## Public Record Locations
[Back to Top]

OSRR Records and Information Center, 1st Floor, 5 Post Office Square, Suite 100 (HSC), Boston, MA 02109-3912 (617) 918-1440

## Contacts
[Back to Top]

| | |
|---|---|
| **On-Scene Coordinator** Address: | **Janis Tsang** US Environmental Protection Agency 5 Post Office Square Mail Code: OSRR02-2 Boston, MA 02109-3912 |
| Phone #: | (617) 918-1231 |
| E-Mail Address: | tsang.janis@epa.gov |

Serving Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont, & 10 Tribal Nations

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Monday, July 11th, 2011
Fact Sheet accessed from: http://www.epa.gov/region1/superfund/sites



Catherine and Staff
Image 9 of 28 (play slideshow)



ThomasAaronE-Mail-1        1        Page 1 of 3



wePapers beta
creating the world's biggest study group

My papers ▾    Navigate    Upload
MissFireDragon@yahoo.com    0   Logout

Papers | Members | Courses | Paper Key
Search

**Share your papers**
upload and help thousands of students

## ThomasAaronE-Mail-1   0

Is this what you were looking for?    More in International Law: Exams, Lecture Notes, etc.

Related | Same Author

Labor kindred Lawyers ppt
By session kimball November 4, 2011

### THE Court Reporting School
We Train and Place the Best!

BryanCollege Established 1940

Honolulu DUI Attorney Tells you How to Find a DUI Attorney
By Tim Tiburon October 27, 2011

**Click Here** *for Free Info Guide >>>*

Honolulu DUI Attorney Gives you Tips on how to Avoid a DUI
By Tim Tiburon October 27, 2011

Add to favorites    Flag    Full screen    Comments/Q&A ☆☆☆☆☆ 0 ratings

Like    Sign Up to see what your friends like.

Embed: `<OBJECT id=mymovie classid=clsid:D27CDB6`   URL:
http://www.wepapers.com/Papers/135415/Thor

Honolulu DUI Attorney Highlights the Importance of the Timing of Your Chemical Testing
By Tim Tiburon October 27, 2011

Honolulu DUI Attorney Declares Hiring a Private Attorney is your Best DUI Defense
By Tim Tiburon October 27, 2011

**Added By:** Miss Dragon, Franklin Pierce College, New Hampshire, on March 21, 2011
**Author:** Miss Dragon
Main > Social Sciences > Law and Legal Studies > International Law

FLORIDA JUDGE RULES TO ALLOW

**Cite:**
Dragon, Miss. ThomasAaronE-Mail-1. Last Modified March 21, 2011. Last Accessed November 8, 2011. < http://www.wep

**Description:** I try to give benefit of the doubt after 5 years of no contact and this is what I get: Proof of internet cyberstalking, extortion, kidnapping and forced termination of my rights which is illegal. Where are the arrests? Shame on the New Hampshire FBI, shame on HIDTA, shame on the CIA, shame on New Hampshire! Hardly a word here is true by Mr. Thomas Aaron Clark. But tell that to the FBI who hates women and prefers mysogynists to persecute pretty woman. Because everyone knows if she is a "pretty girl" she has to be whore right Jay? Mr. Fallon and Mulvaney and Larrick...

242 Views | 0 Favorites

Paper Type: **Unknown**

Paper key (?): **210F7**

Tags
blackmail
Criminal
extortion
fraud
kidnapping
law
ransom
Threats
Wire

**Mee's Moving & Storage** www.meemoving.com
Free Moving Estimate Local, Long Distance, International

**University of Phoenix®** Phoenix.edu
Official Site. College Degrees for the Real World. Get Started Today.

**Professional & Affordable** Helpinghandmovingservices.com
2 Movers $55.00 hr. 24 hour Online support

**70% Off Moving Boxes** www.moving-boxes.co
Free Fast Shipping - No Sales Tax - Free Easy Returns

AdChoices ▷

Copyright: **Attribution-ShareAlike**

wePapers  1/12



Get started today at a Carrington College® campus near you.

**From:** aaron clark <raistlin_dark_mage156@yahoo.com>
**To:** Krystal Marshall <estaah77@yahoo.com>
**Sent:** Sun, July 4, 2010 7:56:14 PM
**Subject:** contrary to popular opinion.....

I dont care who you fuck just keep it out of my face. yeah it hurt at first but you learn hurt in exactly the same way twice and move on. when you graft yourself to members and start talking about marrying buddha and fucking the leader of Texas so be it. all i s repeating the pattern when you broke up with me.fucking my friends....whoreovbabylo i stayed in that apartment in bristol for a week looking at her baby clothes you bitch i clothes and the stuffed animals my parents bought for a year and a half in my apartme mansion but all you wanted to do was play games with dawn and bob

and as far as being a terrorist i neither confirm nor deny your largely false accusations never blow any thing up and kill innocent peol on other hand i want those bastard who me to pay me and suffer the exact same....nothing wong with that its called the cycle of they deserve what happens
as far as you
you had a hand in my incarceration because of your bomb accustions before 9-11
by lying to the fbi about false shit you almost got me killed
our daughter deserves to know that and she will n\know that guaranteed
and she will know that you have kept me away
there is no stopping that

you need to cooperate and send your gifts and letters to lenora and i will see to it pers she gets them
then you need to come to NH to turn yourself in.
it takes seven years to grandfather ant typr of warrant even a bench warrant and they n made it 20 years for all
so if you even want this court to deal with you you need to do this
the only other alternative is the parenting plan you need to start negotiating with me
calling me a terrorist or incompetant will not prevent me from getting custody

LEARN MORE





start cooperating send me parenting papers your rights will be terminated until you turn yourself in. period.end of discussion

Explore Content
Lecture Notes
International Law
New Hampshire FBI
Thomas Aaron Clark
Thomasaarone Mail
Prefers Mysogynists

**Comments / ✚ Add a comment** (You can embed videos too, from any video site)

[ Add a comment ]

**Anonymous** 1 days 13 mins ago
Yu such a slut..dress sexy for FBI cuz they know wht u about and Yu goin' to get it Budha says yu fucked Fallon. Yu two and Jen Star gpoin to jail for trin to kill me..you cunt!

**wePapers**  It  ◁)  81%

THE STATE OF NEW HAMPSH[IRE]

MERRIMACK, SS.

NEW HAMPSHIRE TECHNICAL INS[TITUTE]

v.

THOMAS CLARK

### ORDER FOR EX PARTE TEMPORARY RESTRAINING [ORDER AND] REQUEST FOR FINAL RESTRAININ[G ORDER]

After considering the Petition for Ex Parte Temporary [Restraining Order and]

information presented at a hearing on August 13, 2009, the C[ourt finds:]

### PARTIES

1. NHTI is a community college located in Conco[rd, NH, one of the]

community colleges within the Community College System [of New Hampshire.]

NHTI's address is 31 College Drive, Concord, NH 03301.

2. Thomas Clark ("Clark") is a New Hampshire res[ident and student at]

NHTI. Clark's home address is 59 Weirs Boulevard, Apt. 3, La[conia, NH.]

### JURISDICTION

3. This Court has jurisdiction over these requests for injunctive and declaratory

relief in accordance with RSA 491:8; RSA 498:1 (See *Rem v. N.H. Div. of Welfare*, 115 N.H. 156

(1975)); and RSA 491:22. NHTI has no adequate remedy at law

Get started today at a Carrington College® campus near you.

LEARN MORE

Explore Content
Victim   Women
Kenton Juliano Case
Thomas Aaron Clark
Bioterrorist Threats
Unfair Trials   Secret Service

Copyright: Attribution-ShareAlike

information in this case; except the fact you are under exposure. Restraining orders are PUBLIC records in which anyone can contact the court and obtain a copy for their own.

**Thomas Clark** 42 days 22 hours 39 mins ago

sensitve info needs to be removed

**Anonymous** 105 days 3 hours 1 mins ago

look in your own backyard Krystal. you helped Jenn star send me to jail to be poisoned. are you saying its ok to torture someone in jail? you moan about how they took your kid. how many times have i met my daughter? THATS YOUR FAULT. what they did to me is a CAPITOL OFFENSE for which they and you will pay. bioterrorist threats? the only person who claims to have heard these alleged threats are you. thats why i havent been arrested and SWAT teams remain undeployed you are pathetic. fatass? i shouldnt even justify an ad hominem attack with a response but you arent to skinny yurself. i think your tits overflowed into your stomach try Jenny Craig with Jenny Star

**Miss Dragon** 162 days 3 hours 7 mins ago

One again Thomas Aaron Clark the spoiled rotten fatass rich kid related to Tim Strong who works with the CIA can make threats of bioterrorism and NOT be arrested but instead can simply run around at large.

Copyright © 2008-2010 wePapers | Terms of Use | Privacy Policy | About Us | Blog | Courses | Contact | wePapers on twitter | **Advertise on wePapers**

**From:** Thomas Clark <zombieninja333@yahoo.com>
**To:** Krystal Marshall <missfiredragon@yahoo.com>
**Sent:** Fri, October 30, 2009 2:12:50 AM
**Subject:** You Need To...

Stop trying to keep me out of my daughters life. Thats pretty selfish saying I can only see her when you get custody. You know that isnt going to happen up here. you are only showing your true colors. borderline personality disorder= selfish liar who manipulates to get her wayw

--- On **Thu, 10/15/09, Krystal Marshall** <*missfiredragon@yahoo.com*> wrote:

From: Krystal Marshall <missfiredragon@yahoo.com>
Subject: COURT RECORDS
To: zombieninja333@yahoo.com
Date: Thursday, October 15, 2009, 11:24 PM

Here are some records and pictures of our daughter.

**From:** aaron clark <raistlin_dark_mage156@yahoo.com>
**To:** Krystal Marshall <estaah77@yahoo.com>
**Sent:** Sun, July 4, 2010 7:56:14 PM
**Subject:** contrary to popular opinion.....

I dont care who you fuck just keep it out of my face. yeah it hurt at first but you learn you cant be hurt in exactly the same way twice and move on. when you graft yourself to members of my order and start talking about marrying buddha and fucking the leader of Texas so be it. all i see is you repeating the pattern when you broke up with me.fucking my friends....whoreovbabylon i stayed in that apartment in bristol for a week looking at her baby clothes you bitch. i kept those clothes and the stuffed animals my parents bought for a year and a half in my apartment at the mansion but all you wanted to do was play games with dawn and bob

and as far as being a terrorist i neither confirm nor deny your largely false accusations i would never blow any thing up and kill innocent peol on other hand i want those bastard who did this to me to pay me and suffer the exact same...nothing wong with that its called the cycle of trauma they deserve what happens
as far as you
you had a hand in my incarceration because of your bomb accustions before 9-11
by lynig to the fbi about false shit you almost got me killed
our daughter deserves to know that and she will n\know that guaranteed
and she will know that you have kept me away
there is no stopping that

you need to cooperate and send your gifts and letters to lenora and i will see to it personally that she gets them
then you need to come to NH to turn yourself in.
it takes seven years to grandfather ant typr of warrant even a bench warrant and they may have made it 20 years for all
so if you even want this court to deal with you you need to do this
the only other alternative is the parenting plan you need to start negotiating with me
calling me a terrorist or incompetant will not prevent me from getting custody

start cooperating send me parenting papers your rights will be terminated until you turn yourself in. period.end of discussion



Hey i am crazy now. the doctor who declared me incompetent died soon after because he forgot to tell about my girlfriend who died drowning well he drowned....that cocksucker

--- On **Tue, 7/6/10, Krystal Marshall** *<estaah77@yahoo.com>* wrote:

From: Krystal Marshall <estaah77@yahoo.com>
Subject: Re: proof?
To: "aaron clark" <raistlin_dark_mage156@yahoo.com>
Date: Tuesday, July 6, 2010, 8:57 PM

STOP CONTACTING ME OR BE REPORTED FOR CYBERSTALKING

--- On **Wed, 7/7/10, Krystal Marshall** *<estaah77@yahoo.com>* wrote:

From: Krystal Marshall <estaah77@yahoo.com>
Subject: Re: you contacted me first
To: "aaron clark" <raistlin_dark_mage156@yahoo.com>
Date: Wednesday, July 7, 2010, 7:10 AM

I ASKED YOU TO STOP CONTACTING ME NOW YOU WILL BE REPORTED FOR CYBERSTALKING!! AND NOW YOU HAVE ADMITTED TO MALICIOUS PROSECUTION!

You need mental help!

missed this one...                                                    Thu, July 8, 2010 9:34:39 AM

From:  aaron clark <raistlin_dark_mage156@yahoo.com>
       Add to Contacts
To:    Krystal Marshall <estaah77@yahoo.com>

dumb ass! i have a military award now for what i did.u need to seriously shut up about my family's military involvement and stop posting my classified affadavit on the internet. u are such an idiot to think i lied in the affadavit as everything was verified by a pentagon polygraph.
now your gonna scream rape?good luck with that one! after 11 years? and you never brought this up before?scream cyber stalker scream rape scream terrorist scream whatever you want
i am going to get copies of your bogus superior court restrainig order u know the one that says i blew your battery up by throwing a pipe bomb at your car from the shadows...such a fucking liar
fact: there were never any bomb threats only your lies
fact: you and lunae and jenn star pushed all kinds of shit on me to keep me out of my daughters life
fact: it continues to this day and you continue to point the finger at everyone else
fact"you have a severe mental illness. where my psi report says"unmeasurable levels of psychopathology"
fact: you are a selfish greedy crazy chick who thinks i owe her 25% of my fictitious income
fact:you will never see one penny
fact: YOU ARE A FUGITIVE FROM JUSTICE BECAUSE YOU CYBERSTALKED DAWN BOB AND YOUR OWN DAUGHTER i dont necessarily agree with it but hey now you are on the run
fact: I get to see aradia next month and theres nothing you lunuae or j star can do about it

and the things missing from my affadavit are about the child sex slave ring, snuff films and how they cannibalized the bodies to get rid of the evidence.they had a friggin cook out!thats why i am crazy! do you know what that shit tastes like? leave it alone you idiot!

go to feds ... be sure to dress sexy again cause when they find out you are on the run you might have to do some fast.....



# The State of New Hampshire
## Superior Court



WILLIAM S. MCGRAW, *Clerk*
KAREN K. FRAZIER, *Deputy Clerk*

Merrimack County Courthouse
163 North Main Street
P.O. Box 2880
Concord, NH 03302-2880
(603) 225-5501
www.courts.state.nh.us
TTY/TDD 1-800-735-2964

February 7, 2011

Krystal M. Marshall
PO Box 992696
Redding, CA 96099-2696

DOCKET NUMBER: 217-2009-EQ-296

RE:   New Hampshire Technical Institute v. Thomas Clark

Dear Krystal M. Marshall:

    Enclosed please find the requested copy of file #217-2009-EQ-296.

                      Very truly yours,

                      William S. McGraw
                      Clerk of Court

WSM/kb