IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MILTON J. DAVISON,

        Plaintiff,

v.                                    Case No. 17-1090-JTM-KGG

BOB ADAMS, et al.

        Defendants.

## MEMORANDUM AND ORDER

This matter is before the court on defendant Bob Adams's motion to dismiss (Dkt. 95) filed on March 7, 2018. On May 16, 2018, the court issued an order to show cause as to why plaintiff's claims against Adams should not be dismissed for lack of prosecution. (Dkt. 102). The court ordered plaintiff to respond by June 1, 2018. Plaintiff received the show cause order on May 18, 2018. (Dkt. 103).

To date, plaintiff has filed no response. The "court has inherent power, in the exercise of sound discretion, to dismiss a cause for want of prosecution." *Stanley v. Cont'l Oil Co.*, 536 F.2d 914, 917 (10th Cir. 1976) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962)). Exercising its discretion, the court dismisses plaintiff's claims against Adams for lack of prosecution.

IT IS SO ORDERED this 13th day of June, 2018.

                                                  s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE